**Exhibit A to the Complaint**

**Location:** Norwalk, CT

**Total Works Infringed:** 22

**IP Address:** 24.188.248.121

**ISP:** Optimum Online

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 94C1A6B1319D9B1D72B79FF817A219E26D55BA5C | Tushy | 01/05/2018 15:09:25 | 09/03/2017 | 09/10/2017 | PA0002052851 |
| 2 | 0279F8114C90ECBC2C775793D7CD9105ED963856 | Blacked | 02/03/2018 21:15:37 | 01/15/2018 | 01/20/2018 | 16215970440 |
| 3 | 15767B4CF1BDB5ADD8DC3544393A9C265AFAA5B5 | Blacked | 12/17/2017 17:51:59 | 12/16/2017 | 01/18/2018 | 16215824182 |
| 4 | 2FE4248FF403CC4AC400EB970FBEF1FC8D8454F4 | Blacked | 02/10/2018 16:24:08 | 02/09/2018 | 02/16/2018 | 16331855770 |
| 5 | 2FE5A77075580DAA4C39306919575DCDAA4749C9 | Blacked | 05/21/2017 17:49:16 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 6 | 3BC58E944C7DFFC36DBA1A2EA0026B5C269E9F33 | Blacked | 01/26/2018 18:49:47 | 01/25/2018 | 02/03/2018 | 16331855819 |
| 7 | 435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB | Blacked | 12/01/2017 19:07:28 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 8 | 4CDCF57D8520AAC88405B4F2481E931F876351E9 | Blacked | 07/24/2017 21:07:43 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 9 | 5EA8CCE81467BB0BC4682B987ED4C9656D616C45 | Blacked | 02/03/2018 21:12:53 | 12/11/2017 | 12/17/2017 | 16159650140 |
| 10 | 5F6BB4894D6069B51F6DC5F15682FEC98F59761A | Tushy | 01/05/2018 13:31:35 | 10/03/2017 | 10/10/2017 | 15894022537 |
| 11 | 673A29DD856118A485EA6E5D6A9ACEE12CE8929A | Vixen | 06/07/2017 00:07:17 | 04/09/2017 | 06/05/2017 | PA0002052836 |
| 12 | 7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3 | Blacked | 12/15/2017 14:13:36 | 12/06/2017 | 12/17/2017 | 16159688299 |
| 13 | 992FDDD2DE50632349443D9DA5DE56C05C7BE204 | Blacked | 05/19/2017 04:04:46 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 14 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | Blacked | 09/03/2017 22:11:18 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 15 | 9E77DF7FCCB30D04DC6500C39CC3EF0AA2B48257 | Blacked | 09/29/2017 13:59:51 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 16 | A0F6BF8070A998876C36DED0B2A2F4012225842A | Vixen | 06/05/2017 00:30:23 | 03/30/2017 | 06/05/2017 | PA0002052862 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | A96B1330A50D698817D291646E97D916E0C6794C | Blacked | 01/05/2018 13:33:32 | 10/17/2017 | 11/15/2017 | 16013343097 |
| 18 | D629C1BE08933BB60DF199F6F24E3812EA2C6C73 | Blacked | 12/01/2017 18:12:05 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 19 | E1A2E8F5B8E5625BA1F6DA997D017DD225B832A2 | Tushy | 01/05/2018 14:44:30 | 10/28/2017 | 11/15/2017 | 16013254281 |
| 20 | E4BB4B0185636612E25A2955F474B4494789F63C | Blacked | 10/13/2017 03:06:22 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 21 | E56714E02E36F4B01772FE70F571E60E169C9B52 | Blacked | 06/30/2017 03:14:57 | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 22 | EE39528C7065FF52B465D599BA395BF972CD06E6 | Blacked | 05/13/2017 23:41:46 | 04/30/2017 | 06/15/2017 | PA0002037580 |